## SUMMER *v.* LOGGINS.

ATKINSON, Justice. Under the pleadings and the evidence in an action for cancellation of deeds executed in a transaction for the exchange of certain city property for a farm, on the ground of fraud, the trial judge did not abuse his discretion in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 10639. MAY 18, 1935.

*Frank B. Stow,* for plaintiff in error.
*J. B. Jones* and *J. H. Blackshear,* contra.

## LYNCH *v.* REINS.

GILBERT, Justice. An order passed by the judge, as follows: "On a hearing, restraining orders heretofore granted are dissolved, this order to be effective ten days from this date," is not a judgment refusing to grant an interlocutory injunction, and affords no basis for a writ of error. *Forrester* v. *Denny,* 169 *Ga.* 435 (150 S. E. 555), and cit.

*Writ of error dismissed. All the Justices concur.*

No. 10710. MAY 18, 1935.

*Robert B. Blackburn,* for plaintiff.
*Carlton W. Binns* and *Hooper & Hooper,* for defendant.